# CRIMINAL CALENDAR

The following CRIMINAL CASE will be presented by the United States Government in the United States District Court, 141 Church Street, New Haven, CT before the **Honorable JEFFREY A. MEYER, United States District Judge, on January 28, 2022, at 12:00 pm.**

AUSA CONOR M. REARDON
AUSA NATHANIEL J. GENTILE

**WAIVER AND PLEA HEARING**

UNITED STATES

    v.

JOHN DOE
(Bethany Lynne Phillips, Esq.)

**Case No. 3:22-cr-**13  **(JAM)**

**COUNT ONE**
21 U.S.C. § 846
Conspiracy to distribute and possess with intent to distribute a controlled substance

PENALTIES
Imprisonment: 20 years maximum
Fine: $1,000,000 maximum
Supervised Release: 3 years – life
Special Assessment: $100

**COUNT TWO**
21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)
Possession with intent to distribute a controlled substance

PENALTIES
Imprisonment: 20 years maximum
Fine: $1,000,000 maximum
Supervised Release: 3 years – life
Special Assessment: $100

To: Honorable Jeffrey A. Meyer

cc:    U. S. Attorney's Office – New Haven
       U. S. Marshal's Office – New Haven - *via email*
       U. S. Clerk's Office – Donna Barry, Courtroom Deputy - *via email*
       U. S. Probation Office – New Haven - *via email*
       Bethany Lynne Phillips, Esq. (Counsel for Defendant) - *via email*